1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MORTEZA BAKHTIARI,                      Case No. 1:11-cv-00102 AWI JLT (PC)

12            Plaintiff,                      ORDER ON STIPULATION GRANTING
                                             DEFENDANTS AN EXTENSION OF TIME
13        vs.                                TO FILE A RESPONSE TO THE
                                             COMPLAINT
14   JAMES A. YATES, et al.,
                                             (Doc. 15)
15            Defendants.

16   _____/

17        In their stipulation and proposed order filed March 10, 2011, the parties indicate that they

18   have agreed that Defendants will have until April 11, 2011 to file a response to the complaint.  The

19   parties explain that Defendants Gonzales and Hernandez have yet to be served and therefore extra

20   time is needed so that Defendants may submit a single response to the complaint.

21        Based thereon and good cause appearing, the Court **GRANTS** Defendants until April 11,

22   2011 to file a response to the complaint.

23

24   IT IS SO ORDERED.

25   Dated:  __March 14, 2011__              _____
                                                     **/s/ Jennifer L. Thurston**
26                                           UNITED STATES MAGISTRATE JUDGE

27

28