1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MORTEZA BAKHTIARI,                    Case No. 1:11-cv-00102 AWI JLT (PC)

12           Plaintiff,                     ORDER ON STIPULATION TO SUBMIT
                                            MATTER TO VDRP
13       vs.
                                            (Doc. 27)
14    JAMES A. YATES, et al.,

15           Defendants.

16    _____/

17        In their stipulation and proposed order filed October 5, 2011, the parties indicate that they

18    wish to have the matter referred to the VDRP.  (Doc. 27) In addition, the parties seek a stay on

19    discovery and other deadlines and an extension of time on discovery and motion deadlines to a

20    period of time after the completion of the alternative dispute resolution session. Id. at 1-2. However,

21    they agree that the deposition of Plaintiff, currently scheduled for October 19, 2011, should go

22    forward. Id.

23        Therefore, the Court **ORDERS**:

24        1.    The matter is **REFERRED** to the VDRP;

25        2.    All discovery and other deadlines set forth in the Court's April 14, 2011 Discovery

26              and Scheduling Order are **STAYED** with the exception of the deposition of

27              Plaintiff's deposition which SHALL go forward as scheduled;

28

1

1  3.  Upon completion of VDRP, if necessary, the Court will issue an amended scheduling

2    order.

3

4 IT IS SO ORDERED.

5 Dated: **October 6, 2011**         **/s/ Jennifer L. Thurston**
                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28