UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MORTEZA BAKHTIARI,

       Plaintiff,                   Case No. 1:11-cv-00102 AWI JLT (PC)

vs.

JAMES A. YATES, et al.,         **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Defendants.
_____/

       Morteza Bakhtiari, inmate # F-79609, a necessary and material witness in a settlement conference in this case on December 20, 2011, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California, 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Victor E. Bianchini at the U. S. District Court, 312 North Spring Street, Los Angeles, California 90012 in Courtroom #1600 (on the 16th floor) on December 20, 2011 at 9:30 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Bianchini; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, LAC, P. O. Box 8457, Lancaster, California, 93539:**

       **WE COMMAND** you to produce the inmate named above to testify before Judge Bianchini, at the time and place above, until completion of the settlement conference or as ordered by Judge Bianchini; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **November 1, 2011**              /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE

