KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2395
 Fax:  (916) 324-5205
 E-mail:  Michelle.Angus@doj.ca.gov
*Attorneys for Defendants Hernandez, Widlund, Gallegos and Lopez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MORTEZA BAKHTIARI,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES A. YATES, ET AL.,**<br><br>　　　　　　　　　　　　Defendants. | 1:11-cv-00102-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

On November 2, 2011, following the parties' stipulation and Court Order that this matter would benefit from early settlement attempts and request to refer this matter to early settlement conference (ECF Nos. 27-28), the Court set this matter for settlement conference with Magistrate Judge Bianchini on December 20, 2011 (ECF Nos. 29, 72).  After counsel for the parties have further met and conferred regarding the approaching settlement conference, that parties agree that a brief continuance of the settlement conference would be appropriate so that counsel will have sufficient time to procure requested settlement authority.  Accordingly, the parties stipulate to and request that the Court issue the following order:

/ / /

That the December 20, 2011 settlement conference be continued to January 16, 2012, January 17, 2012, January 18, 2012, January 20, 2012, or another mutually convenient time if none of these dates are acceptable to the Court.  The parties respectfully request the Court enter this Stipulation as an Order of the Court.

**IT IS SO STIPULATED**.

Dated:  December 5, 2011                         */s/ Jihad Smaili*
                                                 JIHAD SMAILI
                                                 Attorney for Plaintiff

Dated:  December 5, 2011                         */s/ Michelle Angus*
                                                 MICHELLE ANGUS
                                                 Attorney for Defendants

## ORDER

Good cause appearing, the Court **ORDERS**:

1. The settlement conference, currently scheduled on December 20, 2011, is **CONTINUED** to January 18, 2011.  As the date approaches, the Court will notify the parties of the time of the conference;

2. This order does not effect the due date for the filing of the Prisoner Settlement Proposal Pre-Settlement Conference Questionnaire.  This questionnaire **SHALL** be provided as set forth in the Court's November 2, 2011 order (Doc. 30), **no later than December 12, 2011**.

IT IS SO ORDERED.

Dated:   **December 7, 2011**                      /s/ Jennifer L. Thurston
                                                 UNITED STATES MAGISTRATE JUDGE