1
2
3
4
5
6
7
8 # UNITED STATES DISTRICT COURT

9 ## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 MORTEZA BAKHTIARI, | ) Case No. 1:11-cv-00102 AWI JLT (PC) |
| 12               Plaintiff, | ) |
| 13 vs. | ) ORDER WITHDRAWING WRITS OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF ON DECEMBER 20, 2011, AT 1:30 P.M. |
| 14 JAMES A. YATES, et al., | ) |
| 15               Defendants. | ) |
| 16 | ) (Docs. 30, 33) |

17      This matter was set for a settlement conference on December 20, 2011 at 1:30 p.m. and the

18 Court issued a writs of habeas corpus ad testificandum commanding the production of Plaintiff,

19 Morteza Bakhtiari to the courthouse at 312 North Spring Street, Los Angeles, California. This

20 conference has been continued.

21      Accordingly, Plaintiff is no longer needed by the Court on December 20, 2011, and the writ

22 of habeas corpus ad testificandum as to this inmate is HEREBY WITHDRAWN.

23

24 IT IS SO ORDERED.

25 Dated:   **December 7, 2011**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28