1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
10 | MORTEZA BAKHTIARI, | ) | Case No.: 1:11‑CV‑00102‑AWI‑JLT (PC)
| | ) |
11 | Plaintiff, | ) | ORDER TO DEFENDANTS TO SHOW
| | ) | CAUSE WHY SANCTIONS SHOULD NOT
12 | v. | ) | BE IMPOSED FOR FAILURE TO COMPLY
| | ) | WITH THE COURT'S ORDER
13 | Y. A. GONZALES, ET AL., | ) |
| | ) |
14 | Defendants. | ) |
| | ) |
15 | ———————————————————— | ) |

16       On February 17, 2012, the Court conducted a telephonic status conference. (Doc. 41) at the

17 conference, the Court learned that Defendants' counsel had discovered a conflict and was no longer

18 able to represent the Defendants.  However, the Court was assured that replacement counsel had

19 been identified and would file an appearance in the matter no later than March 2, 2012. Id. Because

20 Plaintiff's counsel reported that the delay caused by obtaining replacement counsel had impacted his

21 ability to conduct discovery, the Court amended the scheduling order.  (Doc. 42)

22       As of the signing of this order, replacement counsel has not appeared in the action.

23 Therefore, within 5 days of service of this order, Defendants are **ORDERED** to show cause why

24 sanctions should not be imposed for their failure to comply with the Court's order.  Alternatively,

25 within this same time frame, their replacement counsel SHALL file an appearance in this matter.

26 IT IS SO ORDERED.

27 Dated:  __March 5, 2012__          _____/s/ Jennifer L. Thurston_____
                                       UNITED STATES MAGISTRATE JUDGE
28