# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA BAKHTIARI,<br><br>   Plaintiff,<br><br>   v.<br><br>Y. A. GONZALES, ET AL.,<br><br>   Defendants. | Case No.: 1:11-CV-00102-AWI-JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 43) |

On March 6, 2012, the Court issued an order to Defendants to show cause why sanctions should not be imposed for their failure to obtain the appearance of their substitute counsel. (Doc. 43) Immediately, attorney Thomas Fehrer associated into the case. (Doc. 44)

Therefore, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **March 6, 2012**　　　　　　　　　　　　　　　　　　／s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE