1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
9
10   MORTEZA BAKHTIARI,                    )   Case No.: 1:11-cv-00102 AWI JLT (PC)
                                           )
11           Plaintiff,                    )   ORDER AMENDING DISCOVERY AND
                                           )   SCHEDULING ORDER
12       v.                                )
                                           )   Non expert Discovery Deadline
13   Y. A. GONZALES, ET AL.,               )
                                           )   Dispositive Motion Deadline
14           Defendants.                   )
     ──────────────────────────────────   )
15

16           From October 6, 2011 until February 17, 2012, this matter was stayed due to it having

17   been referred to the VDRP program.  (Docs. 28, 42)  As a result, the Court amended the

18   scheduling order to allow completion of discovery.  (Doc. 42)  However, in doing so, the Court

19   did not set a deadline by which a motion to amend the pleadings would be filed.[1] Id.

20           In addition, defense counsel discovered a conflict requiring she discontinue her

21   representation of the defendants.  (Doc. 41)  On March 5, 2012, current defense counsel

22   associated in and began apprizing themselves of the matter.  (Doc. 44)  Thus, the current

23   deadlines are not sufficient for newly-retained counsel to complete preparation of the defense of

24   the case.

25           Therefore, the Court **ORDERS**,

26           1.      Any motion to amend a pleading SHALL be filed no later than **May 4, 2012**;

27

28
     ───────────────────
     [1]Generally, in (PC) classified cases, the Court does not set a separate non-expert and expert discovery
     deadline.  However, at counsel's request, the Court does so here.

2.      Non-expert discovery shall be completed no later than **June 8, 2012**;

3.      The parties are directed to disclose all expert witnesses, in writing, on or before **June  29, 2012**[2], and to disclose all rebuttal experts on or before **July 20, 2012**. The written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.**  Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

4.      The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included in the designation.  Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

5.      Expert discovery shall be completed no later than **August 24, 2012**;

6.      Any motion to compel discovery or other nondispositive motion shall be filed no later than **August 31, 2012**;

7.      Dispositive motions shall be filed no later than **September 14, 2012**;

8.      No other amendments to the schedule are authorized.

IT IS SO ORDERED.

Dated:   **March 30, 2012**                              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

---

[2]Any independent medical examination SHALL be demanded and completed in sufficient time so that results of the examination are available to the expert for inclusion in the expert's report.