UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA BAKHTIARI, ) | Case No.: 1:11-cv-00102 AWI JLT (PC) |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. ) | |
| Y. A. GONZALES, et al., ) | |
| Defendants. ) | |

On June 7, 2012, the parties notified the Court oral notification that the matter had been settled. Pursuant to this Court's Local Rule 160, this Court **ORDERS**:

1. No later than June 29, 2012, the parties **SHALL** file a stipulated request for dismissal;

2. All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**;

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **June 8, 2012**                           **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE