IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MORTEZA BAKHTIAR,<br><br>    *Plaintiff*,<br><br>v.<br><br>JAMES A. YATES, et. al.,<br><br>    *Defendants*. | Case Number: 1: 11-cv-00102-AWI-JLT<br><br>**ORDER GRANTING DISMISSAL** |

    On July 30, 2012, the parties filed a stipulated request for dismissal pursuant to the Court's order, requesting that the Court retain jurisdiction over the action for 240 days from the bankruptcy court's order approving the settlement and attached thereto the terms of the settlement agreement which were incorporated by reference therein.

    Having reviewed and considered the stipulated request for dismissal, and finding no just cause for delay, this Court ORDERS the above action dismissed under the following terms and conditions:

    1. This Court shall retain jurisdiction over the action for 240 days from

_____
[PROPOSED] ORDER FOR DISMISSAL

the date of service on Defendants' counsel of the bankruptcy order either approving or rejecting the settlement; and

2. That the terms of the settlement agreement, attached hereto as Exhibit A, be incorporated into this Court's Order.

IT IS SO ORDERED.

Dated: November 28, 2012          _____
                                  UNITED STATES DISTRICT JUDGE